UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

v.                                                                    25-CR-6017-FPG

MICKAEL CARLOS-JONATHAN GRANT,

Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS,** on January 30, 2025, the defendant, MICKAEL CARLOS-JONATHAN GRANT, pled guilty to Count 1 of the Information (ECF No. 32) charging a violation of Title 21, United States Code, Section 841(a)(1) (possession of cocaine with intent to distribute);

**WHEREAS,** based upon the defendant's conviction of Count 1, and from his agreement (ECF No. 33) that the below property is subject to forfeiture, the government has established the requisite nexus between the defendant's violation of Title 18, United States Code, Section 841(a)(1) and the following property subject to forfeiture:

**FIREARM AND AMMUNITION:**

a.    one (1) 9mm caliber, unknown (3D printed frame) Taurus PT111 Millenium G2 (slide) semiautomatic pistol, bearing no serial number, as well as one magazine; and

b.    one (1) 7.62x39 MM caliber semiautomatic Century Arms RAS-47 rifle, bearing serial number RAS47040705; and

c.    one (1) 22 LR caliber semiautomatic Rossi RS22 rifle, bearing serial number 7CA309657P; and

d.    eight (8) unfired 9mm (9x19mm) caliber cartridges (Perfecta) and a quantity of four 7.62 caliber rounds of ammunition.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461 (c) the defendant's right, title, and interest in the aforementioned property is hereby condemned and forfeited to the United States of America; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), and Title 21, United States Code, Section 853(g), the United States of America is authorized to seize and take all steps necessary and appropriate to protect its interest in the aforementioned property, including taking actual possession of the aforementioned property. Any person or entity which has possession of, or jurisdiction over the aforementioned property, is directed to make the aforementioned property available to federal authorities in accordance with this Order; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and Title 21, United States Code, Section 853(h), following the seizure of the aforementioned property, the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, shall direct the disposition of the aforementioned property making due provision for the rights of any innocent persons; it is further

2

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the aforementioned property in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any portion of the aforementioned property, as a substitute for published notice as to those persons so notified; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the defendant, having or claiming a legal interest in the aforementioned property, must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier, for a hearing to adjudicate the validity of the petitioner's alleged interest in the aforementioned property; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Title 21, United States Code, Section 853(n)(3), any petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the aforementioned property, and any additional facts supporting the petitioner's claim and the relief sought; it is further

**ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) and (B), this Preliminary Order shall become final as to the defendant

3

at the time of the defendant's sentencing and shall be made part of the defendant's sentence and included in his judgment of conviction. If no third-party files a timely claim, this Preliminary Order, together with Supplemental Orders of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2). At that time, the monies and/or properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

**SO ORDERED.**

Dated: _____Febr 4_____, 2025
        Rochester, New York

_____
HON. FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

4