IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                  25-CR-6017 FPG

MICKAEL CARLOS-JONATHAN GRANT,

               Defendant.

---

### STATEMENT OF THE GOVERNMENT WITH RESPECT
### TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government has reviewed the Pre-sentence Report (PSR) with respect to sentencing factors as to MICKAEL CARLOS-JONATHAN GRANT in this action.   The government has no objections to the PSR.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 due at the time of sentencing.

Upon the ground that the defendant timely notified authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office--WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Respectfully, in accordance with the plea agreement and Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the government asks the Court to impose a sentence of imprisonment within the 41-to-51-month range.

DATED:    Rochester, New York
          May 28, 2025

                                        Respectfully submitted,

                                        MICHAEL DIGIACOMO
                                        United States Attorney

                            BY:    s/Charles E. Moynihan
                                   CHARLES E. MOYNIHAN
                                   Assistant U.S. Attorney
                                   United States Attorney's Office
                                   Western District of New York
                                   100 State Street, Suite 500
                                   Rochester, New York   14614
                                   (585) 263-6760, Ext. 23971
                                   Charles.Moynihan@usdoj.gov

TO:   Kathryn S. Austin, Esq.
      Maria E. Meck, U.S. Probation Officer

2